**Order entered January 14, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00969-CV

**PATSY B. ANDERTON AND DOYLE ANDERTON, INDIVIDUALLY AND D/B/A A-1 GRASS SAND AND STONE, Appellants**

**V.**

**CITY OF CEDAR HILL, TEXAS, Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-12187**

## ORDER

Appellee City of City Hill's January 8, 2015 motion for leave to file a supplemental brief is **GRANTED**. Appellee's supplemental brief is deemed **FILED** on January 8, 2015.

Pursuant to appellants Patsy B. Anderton and Doyle Anderton, individually and d/b/a A-1 Grass Sand and Stone's January 12, 2015 letter request to respond to appellee's supplemental brief, we **GRANT** appellants' request and any response shall be filed by January 20, 2015.

/s/     DAVID L. BRIDGES
        JUSTICE